**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2157**

---

L. R. WRIGHT; GARY WRIGHT,

Plaintiffs - Appellants,

versus

TRANSPORTATION SECURITY ADMINISTRATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (CA-05-1048-1)

---

Submitted:  February 23, 2006      Decided:  February 28, 2006

---

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

L. R. Wright, and Gary Wright, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

L. R. Wright and Gary Wright appeal the district court's order dismissing their complaint without prejudice for failing to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wright v. Transportation Security Admin., No. CA-05-1048-1 (E.D. Va. filed Sept. 30, 2005, entered Oct. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED